## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

JAN 19 2006

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By:_____
Deputy Clerk

LADONNA HONEYCUTT,

        Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social
Security Administration,

        Defendant.

Case No. CIV-04-572-WH

## JUDGMENT

This action has come before the Court for consideration, and an Order affirming the decision of the Commissioner has been entered. Judgment for Defendant and against Plaintiff is hereby entered pursuant to the Court's Order.

IT IS SO ORDERED this _19th_ day of January, 2006.

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**